**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JAIME RIEGER (#605126),

        Plaintiff,

v.

GOODWIN, ET AL., ,

        Defendant.

Case No. 2:24-cv-12170
District Judge Brandy R. McMillion
Magistrate Judge Anthony P. Patti

_____/

**ORDER GRANTING MDOC DEFENDANT'S MOTION TO DEPOSE
PLAINTIFF (ECF No. 34)**

In this lawsuit, Jaime Rieger (#605126) sues Officers Goodwin and Full Love, described as officers at the Michigan Department of Corrections (MDOC) Huron Valley Complex – Women's (WHV), alleging, *inter alia*, that Goodwin and Full Love "failed to protect [her]."  (ECF No. 1, PageID.3.)

Judge McMillion has referred this case to me for pretrial matters.  (ECF No. 22.)  Currently before the Court is Defendant's May 5, 2026 motion to depose Plaintiff.  (ECF No. 34.)  Rieger is currently incarcerated at the WHV.  *See* www.michigan.gov/corrections, "Offender Search," (last visited May 6, 2026).

Having reviewed the motion, I conclude that oral argument is not necessary as to the request for a deposition.  *See* E.D. Mich. LR 7.1(f)(2).  Permission of the Court to take the deposition is required under Fed. R. Civ. P. 30(a)(2)(B), because

Plaintiff is incarcerated.  Upon consideration, **IT IS HEREBY ORDERED** that

Defendant's May 5, 2026 motion to depose Plaintiff (ECF No. 34) is **GRANTED**,

and Defendant shall be permitted to take the deposition of Plaintiff for all purposes

allowed by the Federal Rules of Civil Procedure.  The deposition may occur either

in person, by telephone, or via video teleconference, at Defendant's option and

consistent with the requirements and needs of Plaintiff's place of incarceration.

       **IT IS SO ORDERED.** [1]

Dated: May 6, 2026

                       _____
                       ANTHONY P. PATTI
                       UNITED STATES MAGISTRATE JUDGE

---

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).