UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAIME RIEGER

Plaintiff,

v.

JEREMY HOWARD, *et al.*,

Defendants.
_________________________________/

Case No. 2:24-cv-12170

District Judge Brandy R. McMillion
Magistrate Judge Anthony P. Patti

**ORDER DENYING MOTION TO DISMISS UNDER RULE 37 (ECF No. 36), DENYING MOTION TO APPOINT (ECF No. 39) AND DENYING MOTION FOR EXTENSION OF TIME (ECF NO. 40)**

A motion hearing was held on September 16, 2026. Upon consideration of the motion papers, the arguments and representations at the hearing, and for all the reasons stated on the record by the Court, which are hereby incorporated by reference as though fully restated herein:

Defendant's *Motion to Dismiss* (ECF No. 36) is **DENIED**.

Plaintiff is **ORDERED** to sit for a deposition on or before **October 30, 2026**. The deposition shall occur on or before that date whether Plaintiff is represented by counsel or is proceeding *pro se*. Plaintiff is directed to continue her search for and engage new counsel as soon as possible, as her deposition will not be further delayed and her discovery deadline will not be extended, particularly since the events giving rise to this lawsuit occurred over five years ago and the

case has been pending for over two years. Plaintiff is **hereby warned** that failure to comply with this order may subject her to the sanctions specified in Fed. R. Civ. P. 37(b) & (d), up to and including dismissal of her case with prejudice.

Plaintiff is **ORDERED** to pay Defendant **$44.25** in court reporter expenses accrued due to Plaintiff's refusal to answer questions at her June 30, 2026 deposition. (*See* ECF No. 36-6.) This payment must be made out to the "State of Michigan" on or before **October 16, 2026,** and should be sent to the Michigan Department of the Attorney General, Corrections Division, P.O. Box 30217, Lansing, Michigan 48909, c/o Ryanne E. Rizzo, Esq..

It is further **ORDERED** that the discovery schedule (ECF No. 33) is modified as follows:

- Plaintiff must file her witness list, identifying and supplying contact information for the six witnesses (plus herself) she proposed to name at the hearing, on or before **September 30, 2026**.

- Defendant's discovery deadline is extended through **December 3, 2026**. Plaintiff's discovery deadline remains **October 22, 2026**, and she is reminded that, per my Practice Guidelines, "Discovery requests must be made sufficiently in advance of the discovery completion date to permit timely response within the discovery period. Motions related to discovery, if any, shall be filed within the discovery period unless it is impossible or impracticable to do so."

- All dispositive motions must be filed no later than **January 22, 2027**.

Plaintiff's *Motion to Appoint Counsel* (ECF No. 39) is **DENIED** without prejudice and may be raised again if the case survives past summary judgment or if Plaintiff's circumstances change substantially.

Plaintiff's *Motion for Extension of Time to File Response* (ECF No. 40) is **DENIED**.

**IT IS SO ORDERED.**[1]

Dated: September 17, 2026

Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

[1] The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days after being served with a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).